**BROWN v. RENAISSANCE MEDIA, INC.**

[350 N.C. 587 (1999)]

GEORGE W. BROWN AND CATHY G. BROWN, PLAINTIFFS v. RENAISSANCE MEDIA, INC., DEFENDANT v. GEORGE W. BROWN, JR., THIRD-PARTY DEFENDANT

No. 449A98

(Filed 25 June 1999)

On writ of certiorari, granted by the Supreme Court *ex mero motu* pursuant to N.C.G.S. § 7A-32(b) and Rule 15(e)(2) of the North Carolina Rules of Appellate Procedure, of an unpublished, split decision of the Court of Appeals, 131 N.C. App. 152, 510 S.E.2d 418 (1998), affirming a judgment entered 17 July 1997 by Leonard, J., in District Court, Mecklenburg County. Heard in the Supreme Court 10 May 1999.

*Aaron E. Michel for plaintiff-appellants and third-party defendant-appellant.*

*Guthrie, Davis, Henderson & Staton, P.L.L.C., by K. Neal Davis and Kimberly R. Matthews, for defendant-appellee.*

PER CURIAM.

AFFIRMED.